UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
AXELROD & CHERVENY ARCHITECTS,
P.C.,

                    Plaintiff(s),         **ORDER**
                                                 CV 04-5729  (TCP) (WDW)

     -against-

RON KING CORP., et al.,

                    Defendant(s).
----------------------------------------------------------X

**WALL, Magistrate Judge:**

      Before the court is the plaintiff's letter motion of November 10, 2005 [#20] seeking to renew its earlier motion to compel or to strike the defendants' answer.  In their letter in opposition to the motion [#22], the defendants state that, as of the date of the letter (November 10, 2005),  they had fully complied with all outstanding obligations.  The plaintiff has not contested that assertion.  The court thus finds the motion to be moot.  The court warns the defendants again, however, that they must comply with all orders and discovery obligations in a timely manner or risk further sanctions.


Dated:  Central Islip, New York                  **SO ORDERED:**
          December 9, 2005


                                                  /s/ William D. Wall
                                                 WILLIAM D. WALL
                                                 United States Magistrate Judge