UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Axelrod & Cherveny Architects, P.C.

      Plaintiff,

  -v-                                              ORDER OF DISMISSAL
                                                    CV-04-5729 (TCP)

Ron King Corp. and Little Princess                CV-06-1750
Homes, Ltd.,

      Defendants.

---------------------------------------------------------X

      IT IS HEREBY ORDERED, having been advised by the parties on February 5, 2007 that the above case has settled, the case is dismissed. A stipulation of settlement should be forwarded to the Court as promptly as possible.

      The Clerk of the Court is directed to mark this case closed.

                                                              /s/
                                                        Thomas C. Platt
                                                      U.S. District Judge

Dated: Central Islip, NY
       March 7, 2007